1 The People of the State of Colorado, Plaintiff-Appellee, v. Francisco Martin Talamantes, Defendant-Appellant. No. 19CA1450
Court of Appeals of Colorado, Fifth Division
January 20, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Arapahoe County District Court No. 16CR3391 Honorable Ben L.
 Leutwyler III, Judge
 
 
 
 OPINION
 
 
 YUN
 JUDGE
 
 
 JUDGMENT
 AND SENTENCE AFFIRMED
 
 
 Dunn
 and Welling, JJ., concur.